# EXHIBIT E

Bk 15637 Pg63   #3866
01-17-2006 @ 09:38a

Doc No: 00138498
Book: 8044  Page:  179

WHEN RECORDED MAIL TO:
America's Servicing Company
4185 Hallmark Parkway
San Bernardino, CA 92407

_____

Space above this line for recorder's use

### LIMITED POWER OF ATTORNEY

**U.S. Bank National Association** ("U.S. Bank"), a national banking association organized and existing under the laws of the United States of America, 60 Livingston Avenue, Corporate Trust, 3rd Floor, St. Paul, MN 55107 hereby constitutes and appoints Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc., with office at 4185 Hallmark Parkway, San Bernardino, CA 92407, and in its name, aforesaid Attorney-In-Fact, by and through any officer appointed by the Board of Directors of Wells Fargo Bank, NA, to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (4) below; provided however, that the documents described below may only be executed and delivered by such Attorneys-In-Fact if such documents are required or permitted under the terms of the related servicing agreements and no power is granted hereunder to take any action that would be adverse to the interests of the Trustee or the Holder. This Power of Attorney is being issued in connection with Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.'s, responsibilities to service certain mortgage loans (the "Loans") held by U.S. Bank in its capacity as Trustee. These Loans are comprised of Mortgages, Deeds of Trust, Deeds to Secure Debt and other forms of Security Instruments (collectively the "Security Instruments") and the Notes secured thereby.

1.  Demand, sue for, recover, collect and receive each and every sum of money, debt, account and interest (which now is, or hereafter shall become due and payable) belonging to or claimed by U.S. Bank National Association, and to use or take any lawful means for recovery by legal process or otherwise.

2.  Transact business of any kind regarding the Loans, and obtain an interest therein and/or building thereon, as U.S. Bank National Association's act and deed, to contact for, purchase, receive and take possession and evidence of title in and to the property and/or to secure payment of a promissory note or performance of any obligation or agreement.

3.  Execute bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the Borrowers and/or the Property, including but not limited to the execution of releases, satisfactions, assignments, and other instruments pertaining to mortgages or deeds of trust, and

Bk 15637   Pg 64  #3866

Doc No: 00138498
Book: 8044   Page:   180

execution of deeds and associated instruments, if any, conveying the Property, in the interest of U.S. Bank National Association.

4.    Endorse on behalf of the undersigned all checks, drafts and/or other negotiable instruments made payable to the undersigned.

**Witness** my hand and seal this 25th day of May, 2005.

(NO CORPORATE SEAL)

Witness: Kristy Frideres

Witness: Becky Warren

Attest:  Susan Burdick, Trust Officer

U.S. Bank National Association, as Trustee

By: _____
Charles F. Pedersen, Vice President

By: _____
S. Christopherson, Vice President

FOR CORPORATE ACKNOWLEDGMENT

State of Minnesota

County of Ramsey

On this 25th day of May, 2005, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Charles F. Pedersen, S. Christopherson and Susan Burdick, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons who executed the within instrument as Vice President, Vice President and Trust Officer, respectively of U.S. Bank National Association, and known to me to be the person who executed the within instrument on behalf of the corporation therein named, and acknowledge to me that such corporation executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.

WITNESS my hand and official seal.

Signature: _____
Tiffany M. Jeanson

My commission expires: 1/31/2009

TIFFANY M. JEANSON
Notary Public
Minnesota
My Commission Expires January 31, 2009

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS

RECEIVED:

```
Providence
Received for Record
May 15,2006  at  01:31:21P
Document Num:   00138498
Barbara Troncy
Recorder of Deeds
```