UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
EVERETT STAMATAKOS,                 )
                                    )
            Plaintiff,              )
                                    )
       v.                           )    C.A. No. 17-062 S
                                    )
U.S. BANK ASSOCIATION, et al.,      )
                                    )
            Defendants.             )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on April 20, 2017 (ECF No. 16) recommending that the Court deny Plaintiff's Motion to Restrain and Enjoin Defendant U.S. Bank from Proceeding Forward with its State-Court Action to Evict Plaintiff from the Subject Premises ("Plaintiff's Motion") (ECF No. 12) because this relief is prohibited by the Anti-Injunction Act, 28 U.S.C. § 2283, and Plaintiff did not sustain his burden for injunctive relief.  Neither party has filed an objection to the R&R.  After carefully reviewing Plaintiff's Motion and the R&R, this Court ACCEPTS the R&R and adopts the reasoning set forth therein.  Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

/s/ W E Smith
_____
William E. Smith
Chief Judge
Date:  June 19, 2017